OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
$ 00.21
APR 30 20
MAILED FROM ZIP CODE 7870

**4/29/2015**
**CARSON, JAMES BERNARD JR.    Tr. Ct. No. 1995CR5821-W5    WR-59,872-09**
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

RETURN TO SENDER

INMATE RELEASED

NAME AND SID NUMBER DO NOT MATCH

ITEMS NOT ALLOWED IN THIS FACILITY

Abel Acosta, Clerk

JAMES BERNARD CARSON JR.       U T F
BEXAR COUNTY ADULT - TDC # 653492
200 N. COMAL
SAN ANTONIO, TX  78207

N3B  78207